UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYN MAGEE BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-02334-MPB-KMB |
| ) | |
| JOSHUA TYLER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On May 1, 2023, the Magistrate Judge recommended that this matter be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). Plaintiff was afforded due opportunity pursuant to statute and the rules of this Court to file objections, but filed none. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. (Docket No. 12).

It is therefore, **ORDERED, ADJUDGED AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE**. Final Judgment to follow.

**SO ORDERED.**

**Dated:** May 22, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

LYN MAGEE BEY
c/o 6816 Oak Lake Drive
Indianapolis, IN 46214